**Order entered January 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01158-CV

## IN THE INTEREST OF A.D.B., II, A MINOR CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18807**

## ORDER

The reporter's record in this case has not been filed. By letter dated November 21, 2019, we informed appellant the court reporter notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellant to provide the Court with written verification showing the reporter's record had been requested and that appellant had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. Although appellant filed a statement of inability to pay in this Court, appellant has not provided the Court with documentation showing he has requested the reporter's record nor verification that he has complied with rule 145 of the civil rules of procedure and is entitled to a free reporter's record. Accordingly, we **ORDER** this appeal submitted without a reporter's record.

Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE